

**United States District Court**
Central District of California
**Office of the Clerk**

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

June 24, 2021

Dear Sir or Madam:

Your document has been lodged and assigned civil case number      CV21-5150      .

Upon the submission of your document, the following discrepancy was found:

☐ ***You have submitted a personal check.***
Please be advised that personal checks are not accepted.  Your check will be returned to you by our Fiscal Department.  Please send a cashier's check or money order instead.  Be sure to reference the civil case number on your payment.

☒ ***You have not submitted the entire filing fee amount of $402.***
If you are unable to pay the entire filing fee at this time, you may request that the fee be waived.  To do so, you must complete, sign, and return the enclosed form, *Request to Proceed in Forma Pauperis with Declaration in Support* (CV-60), in its entirety.

If you do not respond within THIRTY DAYS from the date above, your action will be either dismissed or remanded to state court, as appropriate.

If your fee waiver request or payment is received within THIRTY DAYS, judges will be assigned to your case. You may return your fee waiver request or payment to any of the following addresses:

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

United States Courthouse
411 West Fourth St., Room 1053
Santa Ana, CA 92701-4516

United States Courthouse
3470 Twelfth St., Room 134
Riverside, CA 92501

Sincerely,

Clerk, U. S. District Court

By: C. Sawyer
Deputy Clerk

*Encl. (CV-60)*