Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Central District of California

Federal Division

| | |
|---|---|
| Kalin Georgiev Petkov | Case No. **CV21-5150** |
| *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☐ Yes ☐ No |
| -v- | |
| Apple Inc. | LODGED <br> CLERK, U.S. DISTRICT COURT <br><br> JUN - 7 2021 <br><br> CENTRAL DISTRICT OF CALIFORNIA <br> DEPUTY |
| *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

**I.  The Parties to This Complaint**

    **A.  The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kalin Georgiev Petkov |
| Street Address | "General Ivan Kolev" № 24B, apartment № 21 |
| City and County | Sofia / BULGARIA |
| State and Zip Code | 1407 |
| Telephone Number | +359899872701 |
| E-mail Address | kalin_petkov@abv.bg |

    **B.  The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Apple Inc. |
| Job or Title *(if known)* | Chief Executive Officer: Tim Cook |
| Street Address | One Apple Park Way, 20525 Mariani Avenue |
| City and County | Cupertino, California, 95014 / USA |
| State and Zip Code | United States of America |
| Telephone Number | +1(408) 996 - 1010 |
| E-mail Address *(if known)* | tcook@apple.com |

Defendant No. 2

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* **Kalin Georgiev Petkov**, is a citizen of the State of *(name)* **Bulgaria**.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/17/2021

Signature of Plaintiff: *[signed]*

Printed Name of Plaintiff: Kalin Georgiev Petkov

### B. For Attorneys

Date of signing: 

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address:

Kalin G. Petkov
General Ivan Kolev 24B, ap. 21
1407 – Sofia
BULGARIA






INTAKE
new Action

Honorable Philip S. Gutierrez, Chief District Judge
350 West 1st Street, Courtroom 6A, 6th Floor
Los Angeles, California 90012-4565
USA

RI 303 509 325 BG

**Opérateur désigné d'origine** / Пощенски оператор на произхождение

**AVIS de réception/de livraison/de paiement/d'inscription**
Известие за получаване/доставяне/плащане/вписване

**CN 07**

Bureau de dépôt / Станция на подаването: 140 X
Date / Дата: 12.05.21

Destinataire de l'envoi / Получател: Philip Gutierrez
350 W 1st Street Courtroom 6A 6th Floor
Los Angeles, California 90012-4565 USA

**A.R.**

Service des postes / Пощенска служба
Timbre du bureau renvoyant l'avis / Клеймо на станцията, която връща известието

Prioritaire / С предимство
Par avion / Въздушна поща

Nature de l'envoi / Вид на пратката:
- Prioritaire/Lettre / С предимство / Писмо
- Non prioritaire/Imprimé / Без предимство / Печатно
- Colis / Колет
- Recommandé / Препоръчано
- Livraison attestée / Доказано доставяне
- Valeur déclarée / Обявена стойност

No de l'envoi / № на пратката: RL 503 509 ___ BG

Mandat ordinaire/de versement / Запис обикновен/за внасяне
Chèque d'assignation / Разпл. чек
Montant / Сума

L'envoi mentionné ci-dessus a été dûment / Пратката е надлежно:
- remis / предадена
- payé / изплатена
- inscrit en CCP / вписана в сметка

signature* / подпис
Date / Дата

Nom du destinataire en lettres majuscules (ou autre moyen clair d'identification) / Име на получателя с главни букви (или друга ясна идентификация)

Renvoyer a / Да се върне на:
Nom ou raison sociale / Име или търговска фирма
Rue et N° / Улица и №
Localité et pays / Населено място и страна

Kasja Petkov, Gen. Ivankocev 24B, 31
1407-Sofia
BULGARIA

*Cet avis pourra être signé par le destinataire ou, si les règlements du pays de destination le prévoient, par une autre personne autorisée ou par l'agent du bureau de destination.